

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00355-CR

Alejandro Duran Chavez
v.
The State of Texas

On Appeal from the
389th District Court of Hidalgo County, Texas
Trial Court Cause Nos. CR-0991-19-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered these causes on appeal, concludes the appeals should be dismissed. The Court orders these appeals DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

August 25, 2022